**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| Robbie Collins, #290946, | Case No. 2:26-1537-RMG |
| Plaintiff, | |
| v. | |
| | **ORDER** |
| Tashana Grant, *et al*., | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge (Dkt. No. 5), finding that Plaintiff is subject to the three strikes rule under the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g), and recommending that Plaintiff's motion to proceed in forma pauperis ("IFP") be denied.  The Magistrate Judge further recommends that in the event that Plaintiff fails to pay his filing fee within 21 days of the district court's Order, the Clerk should be directed to enter judgment dismissing this case without prejudice. (*Id*. at 6). Plaintiff was advised that he had fourteen days to file written objections to the R & R and the failure to file timely objections would result in limited, clear error review and waiver of the right to appeal the district court's Order to the court of appeals. (*Id.* at 7).  Plaintiff filed no timely objections to the R & R.

## I.    Background

Plaintiff, who is serving a life sentence for murder, has filed twenty unsuccessful lawsuits in the United States District Court and has two lawsuits presently pending before this Court with recommendations from the Magistrate Judge that these cases be dismissed. (*Id*. at 1-2).  The Magistrate Judge identified three of Plaintiff's most recently dismissed cases which constitute strikes under the PLRA. (*Id*. at 4-5).

1

The Magistrate Judge recommends that the Court deny Plaintiff's application for IFP status be denied pursuant to the three strikes rule and that this action be dismissed without prejudice if Plaintiff fails to timely pay his filing fee.

## II.     Legal Standards

### A.  Magistrate's Report and Recommendation

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility for making a final determination remains with this Court. *Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The Court is charged with making a *de novo* determination only of those portions of the Report to which specific objections are made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

## III.     Discussion

The Magistrate Judge ably summarized the factual and legal issues in this action and correctly concluded that Plaintiff's application for IFP status should be denied.

### Conclusion

For the reasons set forth above, the Court **ADOPTS** the R&R (Dkt. No. 5) as the Order of the Court. Plaintiff has 21 days from this Order to pay his filing fee. Should he fail to pay his filing fee within 21 days of this Order, the Clerk is directed to enter judgment dismissing this case without prejudice.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

2

June 8, 2026
Charleston, South Carolina